Opinion issued March 23, 2012.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-12-00193-CV

———————————

IN RE PERFORMANCE FOOD GROUP, INC.

AND CHRIS ALLAN KUBECZKA, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          By petition for writ of mandamus,
relators, Performance Food Group, Inc. and Chris Allan Kubeczka,
challenge the trial court’s February 17, 2012 order granting, as modified, the
real party in interest’s motion to compel discovery responses.[1]  

          We deny the petition for writ of mandamus.  Relator’s second Motion for Temporary Relief
is dismissed as moot.

 

PER CURIAM

 

 

Panel
consists of Justices Keyes, Bland, and Sharp.











[1]
        The underlying case is Luis Rangel
v. Performance Food Group Co., LLC, a/k/a Performance Food Group, Performance
Food Group, Inc., a/k/a PFG, Inc. a/k/a PFG, LLC, Performance Group Co. of
Texas, Inc., Performance Food Group Company, PFG of Texas, LLC, d/b/a
Performance Food Group of Texas, LLC, Roma Food Enterprise of Texas, Inc. a/k/a
Roma of Houston, Vistar Services, Inc. a/k/a Vistar Houston, and Chris Allan Kubeczka, No. 2011-35009, in the 164th District Court of
Harris County, Texas, The Hon. Alexandra Smoots-Hogan,
Presiding.